**OVERVIEW BOOKS, LLC, et al., petitioners, v. UNITED STATES.**

No. 07–966.

March 17, 2008.

Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.